**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ARTURO CONTRERAS,<br>Petitioner,<br>v.<br>CHANCE ANDES,<br>Respondent. | Case No. 2:26-cv-0467-DSF-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1, and the Report and Recommendation of United States Magistrate Judge ("Report") issued on June 5, 2026, Dkt. No. 18, and all relevant records and files herein. The deadline for filing objections to the Report has passed, and no objections have been received.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

///

///

///

///

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: September 18, 2026

Dale S. Fischer

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE